Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: edca@vblaw.com

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-F-96-05034-003 OWW |
| Plaintiff, | **ORDER** |
| v. | |
| MARIA TERESA AVALOS | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant Maria Teresa Avalos is permitted to release copies of the following documents to the United States government for the limited purpose of providing them under a protective order (or stipulation) as discovery, or filing them under seal, in case no. 2:07-CV-01366:

1. Memorandum of Plea Agreement Pursuant to Rule 11(e) of the Federal Rules of Criminal Procedure, issued on or about November 4, 1996 in U.S. v. Avalos, CR-F-96-5034 OWW (E.D. Cal.). Sealed by the court on or about November 4, 1996;
2. Government's Motion and Memorandum in Support of Motion for Downward Departure Pursuant to § 5K1.1, filed under seal on or about April 1, 1998 in U.S. v. Avalos, Case no. CR-F-96-5034 OWW (E.D. Cal.);
3. Government's Supplemental Memorandum in Support of Requested Extent of Departure, filed under seal on or about April 3, 1998 in U.S. v. Avalos, CR-F-96-5034 OWW (E.D. Cal).

Dated: October 17, 2007                     /s/ OLIVER W. WANGER
                                            U.S. District Court Judge
                                            OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com