Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: edca@vblaw.com

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-F-96-05034-003 OWW |
| Plaintiff, | **ORDER** |
| v. | |
| MARIA TERESA AVALOS | |
| Defendant. | |

   IT IS HEREBY ORDERED that Defendant Maria Teresa Avalos is permitted to submit the Declaration of Avantika Shastri in Support of Defendant Ms. Avalos' Motion for Permission to Release Certain Sealed Documents in Civil Case, U.S. v. Avalos, Case no. 2:07-CV-01366 Under Seal ("Shastri Declaration").

   [Alternatively, it is hereby ordered that Defendant Maria Teresa Avalos shall electronically file a redacted copy of the Shastri Declaration and shall manually file an unredacted copy for this Court's consideration of Defendant's Motion for Permission to Release Certain Sealed Documents in Civil Case, U.S. v. Avalos, Case no. 2:07-CV-01366 under seal.]

Dated: October 17, 2007                         /s/ OLIVER W. WANGER
                                                U.S. District Court Judge
                                                OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com