1 | NORTON TOOBY, State Bar No. 48791
2 | LAW OFFICES OF NORTON TOOBY
3 | 6333 Telegraph Avenue, Suite 200
Oakland, CA 94609
4 | (510) 601-1300

**LODGED**

OCT 1 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED

OCT 2 2 2007

CLERK, DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

5 | Counsel for Defendant
6 | TERESA AVALOS

7 |

8 | ## UNITED STATES DISTRICT COURT

9 | ## EASTERN DISTRICT OF CALIFORNIA

10 | ## FRESNO DIVISION
11 |

12 |
13 | UNITED STATES OF AMERICA,                    )
                                                  ) No. 96-CR-05034-OWW-3
14 |               Plaintiff,                     )
                                                  ) [~~PROPOSED~~]
15 |                                              ) **ORDER TO RELEASE**
16 |        vs.                                   ) **DOCUMENTS UNDER SEAL**
                                                  )
17 | TERESA AVALOS,                               )
                                                  )
18 |                                              )
               Defendant.                         )
19 | _____     )

20 |     Good cause appearing, IT IS HEREBY ORDERED that the United States

21 | District Court Clerk provide a complete copy of the documents listed in Exhibit A in

22 | Case No. 96-CR-05034-OWW-3 under seal to Norton Tooby, Esq. at his expense, *over*

23 | *for use only in connection with this case,*

24 | and that the previously issued order sealing these documents be maintained except

25 | that these documents may be shared with any other counsel representing Ms. Avalos.

26 |     Dated: October _20_ , 2007.

27 |
28 | _____
HON. OLIVER W. WANGER
29 | JUDGE, U.S. DISTRICT COURT

1

**EXHIBIT A**

LIST OF SEALED DOCUMENTS BY DOCKET NUMBER IN CRIMINAL DOCKET.

Document Nos:

28
54
55
56
58
61
64
66
67
80
81
83
84
88
89
91
92
Unnumbered document immediately after 93
Unnumbered document second after 93
94
95
100
102
110
111
112
116