Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: edca@vblaw.com

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>   v.<br><br>MARIA TERESA AVALOS<br><br>   Defendant. | Case No. CR-F-96-05034-003 OWW<br><br>**ORDER** |

IT IS HEREBY ORDERED that Defendant's Motion to Seal Item 158 on the Docket is granted.

Dated: December 27, 2007            /s/ OLIVER W. WANGER
                                    U.S. District Court Judge
                                    OLIVER W. WANGER

Case No. CR-F-96-05034-003 OWW

PDF created with pdfFactory trial version www.pdffactory.com

<u>PROOF OF SERVICE BY MAIL</u>

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On December 24, 2007, I caused to be served the within:
**[PROPOSED] ORDER**
on the parties in this case by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Law Offices of Norton Tooby
> 6333 Telegraph Avenue, Suite 200
> Oakland, CA 94609

Executed on December 24, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/ Avantika Shastri
Avantika Shastri
Declarant

Case No. CR-F-96-05034-003 OWW

PDF created with pdfFactory trial version www.pdffactory.com